# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:16-cv-348

| | |
|---|---|
| AMERICAN CONTRACTORS INDEMNITY COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )     ORDER<br>) |
| H&L TECHNOLOGIES, INC., et al., | )<br>) |
| Defendants. | )<br>) |

**THIS MATTER** is before the Court on E. Thomison Holman's Application for Admission to Practice *Pro Hac Vice* of John D. Alexander. It appearing that John D. Alexander is a member in good standing with the Georgia State Bar and will be appearing with E. Thomison Holman, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

IT IS, THEREFORE, ORDERED that E. Thomison Holman's Application for Admission to Practice Pro Hac Vice (#5) of John D. Alexander is

**GRANTED**, and that John D. Alexander is ADMITTED to practice, *pro hac vice*, before the Bar of this court while associated with E. Thomison Holman.

Signed: November 7, 2016

Dennis L. Howell
United States Magistrate Judge