IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:16 cv 348

| AMERICAN CONTRACTORS INDEMNITY COMPANY, | ) ) ) | |
|---|---|---|
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| H&L TECHNOLOGIES, INC., et al., | ) ) ) | |
| Defendants. | ) ) | |

Pending before the Court is the motion for *pro hac vice* admission [# 30] filed by E. Thomison Holman, counsel for Plaintiff.

Upon review of the motion, it appears that Joseph H. Wolenski is a member in good standing with the Georgia Bar and will be appearing with E. Thomison Holman, a member in good standing with the Bar of this Court. Additionally, the applicant has paid the requisite admission fee.

Accordingly, the Court **GRANTS** the Motion [# 30]. The Court **ADMITS** Joseph H. Wolenski to practice *pro hac vice* before the Court while associated with local counsel.

Signed: February 8, 2018

_____
Dennis L. Howell
United States Magistrate Judge